"Exhibit C"



# Property Description Report For: 1040 Old Market Rd, Municipality of Stockholm



| | | | |
|---|---|---|---|
| **Status:** | Active | | |
| **Roll Section:** | Taxable | | |
| **Swis:** | 408000 | | |
| **Tax Map ID #:** | 43.003-2-28.1 | | |
| **Property Class:** | 240 - Rural res | | |
| **Site:** | RES 1 | | |
| **In Ag. District:** | No | | |
| **Site Property Class:** | 240 - Rural res | | |
| **Zoning Code:** | - | | |
| **Neighborhood Code:** | 00073 - Rural Sparse | | |

| | | | |
|---|---|---|---|
| **Total Acreage/Size:** | 100.30 | **School District:** | Norwood-Norfolk |
| **Land Assessment:** | 2018 - $53,300 | **Total Assessment:** | 2018 - $105,000 |
| **Full Market Value:** | 2018 - $108,247 | | |
| **Equalization Rate:** | 2018 - 97.00% | **Property Desc:** | Also 2004/18293 |
| **Deed Book:** | 2004 | **Deed Page:** | 12247 |
| **Grid East:** | 343388 | **Grid North:** | 1731985 |

## Area

| | | | |
|---|---|---|---|
| **Living Area:** | 1,312 sq. ft. | **First Story Area:** | 1,024 sq. ft. |
| **Second Story Area:** | 0 sq. ft. | **Half Story Area:** | 288 sq. ft. |
| **Additional Story Area:** | 0 sq. ft. | **3/4 Story Area:** | 0 sq. ft. |
| **Finished Basement:** | 0 sq. ft. | **Number of Stories:** | 1.5 |
| **Finished Rec Room** | 0 sq. ft. | **Finished Area Over Garage** | 0 sq. ft. |

## Structure

| | | | |
|---|---|---|---|
| **Building Style:** | Old style | **Bathrooms (Full - Half):** | 2 - 0 |
| **Bedrooms:** | 3 | **Kitchens:** | 1 |
| **Fireplaces:** | 1 | **Basement Type:** | Partial |
| **Porch Type:** | Porch-enclsd | **Porch Area:** | 200.00 |
| **Basement Garage Cap:** | 0 | **Attached Garage Cap:** | 675.00 sq. ft. |
| **Overall Condition:** | Normal | **Overall Grade:** | Average |
| **Year Built:** | 1860 | | |

## Owners

Jon R Tyson
1040 Old Market Rd
West Stockholm NY 13696

Lynn C Sciortino
1040 Old Market Rd
Norwood NY 13668

## Sales

*No Sales Information Available*

## Utilities

| | | | |
|---|---|---|---|
| **Sewer Type:** | Private | **Water Supply:** | Private |
| **Utilities:** | Electric | **Heat Type:** | Hot air |
| **Fuel Type:** | Oil | **Central Air:** | No |

## Improvements

| Structure | Size | Grade | Condition | Year |
|---|---|---|---|---|
| Gar-1.0 att | 675.00 sq ft | Average | Normal | 1960 |
| Patio-concr | 12 × 13 | Average | Normal | 1860 |
| Patio-concr | 14 × 18 | Average | Normal | 1960 |
| Shed-machine | 16 × 22 | Average | Fair | 1860 |
| Barn-1.5 gen | 30 x 40 | Average | Fair | 1860 |
| Shed-machine | 8 x 9 | Average | Fair | 1860 |
| Porch-enclsd | 0 × 0 | Average | Normal | 1860 |

## Special Districts for 2018

| Description | Units | Percent | Type | Value |
|---|---|---|---|---|
| FD039-Stockholm Fire Prot | 0 | 0% | | 0 |
| NL002-Norwood Library | 0 | 0% | | 0 |

## Exemptions

| Year | Description | Amount | Exempt % | Start Yr | End Yr | V Flag | H Code | Own % |
|---|---|---|---|---|---|---|---|---|
| 2018 | BAS STAR | $29,100 | 0 | 2005 | | | | 0 |

## Taxes

| Year | Description | Amount |
|---|---|---|
| 2016 | County | $1,556.71 |
| 2015 | County | $1,551.89 |
| 2015 | School | $2,627.96 |

**\* Taxes reflect exemptions, but may not include recent changes in assessment.**